The People of the State of New York, Respondent, *v.* Jacob Schenkel, Appellant.

(Argued February 18, 1931; decided March 24, 1931.)

*A. F. Walsh* for appellant.

*John B. Smith, District Attorney (William E. Bennett* of counsel), for respondent.

Judgment of the County Court reversed and case remitted to the trial court for the preparation of a new return on the ground that the return made insufficiently states the evidence upon which the conviction was obtained. The trial judge was charged with a duty to keep proper minutes of the trial. If he chose to delegate that duty to a stenographer and cannot obtain a copy of the minutes except by paying for them he should pay whatever is necessary for the discharge of his official duty; no opinion.

Concur: Cardozo, Ch. J., Crane, Lehman, Kellogg and O'Brien, JJ. Not sitting: Pound and Hubbs, JJ.